## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-02446-ELR |
| | * | |
| NORTH GA REAL ESTATE LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

# O R D E R

_____

On July 7, 2021, Plaintiff filed a "Notice of Settlement," indicating that the Parties have reached a settlement in principle. [Doc. 5]. For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1] The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 8th day of July, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] The Court notes that administrative closure does not affect the rights of any Party. Any Party may move to reopen the case at any time.