IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:21-cv-02446-ELR |
| NORTH GA REAL ESTATE LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Yvonne Brown, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice and without an award of fees or costs to either party.

Dated: July 16, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460

1

Fax: (855) 415-2480<br>
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on July 16, 2021, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. A true and correct copy of the same will also be served via electronic mail, as follows:

Victor W. Newmark, Esq.
Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060
vnewmark@evict.net

/s/Craig J. Ehrlich<br>
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich<br>
Craig J. Ehrlich